UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER,

    Plaintiff,

v.

LAWNSIDE TWO ASSOCIATES, LP,

    Defendant.

Case No. 1:21-cv-00953-AMD

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, LAWNSIDE TWO ASSOCIATES, LP, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

*/s/ Jon Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St.
Vineland, NJ 08360
Tel (609) 319-5399
Fax (314) 898-0423
js@shadingerlaw.com
*Attorney for Plaintiff*

*/s/ George Karousatos*
George Karousatos, Esq.
Biancamano & Di Stefano PC
10 Parsonage Rd., Suite 300
Edison, NJ 08837
(732) 549-0220 - Tel
(732) 549-0068 - Fax
g.karousatos@bdlawfirm.com
*Attorney for Defendant*

Dated: February 14, 2022